FRANK L. STOWELL, RESPONDENT, *v.* GEORGE F. HAZE-LETT AND GEORGE S. McINTOSH, IMPLEADED, ETC., APPELLANTS.

APPEAL from a judgment, entered on the report of a referee, in favor of the plaintiff. The action was brought by the plaintiff, as assignee of a judgment creditor of defendant Hazelett, after return of an execution unsatisfied, to set aside a mortgage executed by the latter to defendant McIntosh, as fraudulent as against creditors. After reviewing the evidence, the court was of opinion that the consideration of the mortgage was shown to be worthless, and affirmed the judgment.

*G. T. Spencer,* for the appellants.

*D. H. Bolles,* for the respondent.

Opinion by MULLIN, P. J.

Judgment affirmed, with costs.